IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph R. Marcel,               )<br>                                            )<br>          Plaintiff,                    )<br>                                            )<br>vs.                                       )<br>                                            )<br>Joseph M. Arpaio, et al.,     )<br>                                            )<br>          Defendants.               )<br>_____) | No. CV 05-2896-PHX-ROS (ECV)<br><br>**ORDER** |

Plaintiff has filed a Motion to Amend Original Complaint (Doc. #5). Rule 15(a) of the Federal Rules of Civil Procedure allows a party to amend his pleading "once as a matter of course at any time before a responsive pleading is served...." No responsive pleadings have been filed in this case because the defendant has not been served. Therefore Plaintiff is free to amend his complaint without the court's permission.

An amended complaint supersedes its original complaint. Hal Roach Studios v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987). Causes of action alleged in an original complaint which are not alleged in an amended complaint are waived. King v. Atiyeh, 814 F.2d at 567.

Here, because Plaintiff is free to file an amended complaint at this stage without the court's permission, the court will grant his motion. Plaintiff is cautioned, however, that an amended complaint must contain all the claims he intends to raise and name all the defendants against whom the claims are alleged. The amended complaint may not contain

1 only the new claims and defendants. It must also include the claims and defendants from the
2 original complaint that Plaintiff still intends to pursue. The court will then screen the
3 complaint and direct service on the appropriate defendants.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion to Amend Original Complaint (Doc. #5) is **granted**.

DATED this 10th day of February, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge